```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 1:14-00127-001

RAVON JAMAR PATTON

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's letter form motion requesting early release from his term of supervised release. (Doc. # 2). The court also received a letter from defendant's mother in support of his early release. After consultation with the United States Probation Office, the court does not believe that defendant is an appropriate candidate for early termination of supervised release at this point in time and DENIES defendant's motion. The probation office has informed the court that defendant's adjustment to supervision has been good and, for this, he is to be commended. If defendant continues to do well, he is invited to file another motion when he has completed approximately two/thirds of his term of supervised release.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant, counsel of record, and the Probation Office of this court.

**IT IS SO ORDERED** this 14th day of July, 2015.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge